UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| VICTORIA ANN TAYLOR, | No. 2:13-CV-02003 KJM CMK |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| LOWE'S HOME CENTERS, LLC., et al., | |
| Defendants. | |

In an order filed by the court on September 25, 2013 (ECF No. 3), a status conference was set for February 6, 2014, and the parties were instructed to file a joint status report at least seven (7) days prior to the conference. The parties filed their joint status report on January 29, 2014, but there was no appearance by plaintiff's counsel Stewart Altemus at the February 6th conference.

Accordingly, Mr. Altemus is ordered to show cause within fourteen (14) days of this order why he should not be sanctioned in the amount of $250.00 for failing to appear.

DATED: February 12, 2014.

UNITED STATES DISTRICT JUDGE

1