THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA ANN TAYLOR,<br><br>            Plaintiff,<br><br>vs.<br><br>LOWES HIW, INC. and<br>DOES 1 TO 10,<br><br>            Defendants. | CASE NO.:  2:13-CV-02003-KJM-CMK<br><br>(Shasta County Superior Court Case No.: 177325)<br><br>**ORDER OF PROTECTION**<br><br>Hon. Kimberly J. Mueller<br>U.S. District Court Judge |

    Upon consideration of the Parties' Stipulation for Protective Order and finding good cause thereon, the Court rules as follows:

1. Defendant LOWE'S HOME CENTERS, LLC's proprietary policies and procedures, personnel files of present and former employees, incident reports, and other documents produced or information disclosed designated as "CONFIDENTIAL" by the Defendant, including, without limitation, information relating to the processes, operations, type of work, or apparatus, or the production, sales, shipments, transfers, identification of customers, inventories, amount or source of income, profits, losses, expenditures, or any research, development, or any other commercial information supplied by the Defendant in response to Plaintiff's discovery requests, are hereby protected by this Order.

2. The disclosure of any of the foregoing categories of information and/or documentation protected by this Order, including confidential business and financial information identified above, will have the effect of causing harm to the competitive and financial position of the person, firm, partnership, corporation, or to the organization from which the information was obtained. Unprotected disclosure of any of the above identified confidential information may further expose Defendant to unwarranted annoyance, embarrassment, and/or oppression.

3. A formal order of protection of the foregoing categories of information is necessary to ensure the protection of Defendant LOWE'S HOME CENTERS, LLC's sensitive, proprietary, and confidential information and to allow Defendant to seek proper remedy from the Court should this Order be violated.

4. The terms of the Stipulation for Protective Order and this Order of Protection shall govern the handling and disclosure of confidential documents, things, and information produced in this action.

**IT IS SO ORDERED.**

Dated:  June 17, 2014

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

I:\25000-000\25678\Discovery\FEDERAL\Proposed Protective Order.docx