IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA ANN TAYLOR, | No. 2:13-CV-2003-KJM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| LOWE'S HOME CENTERS, LLC, | |
| Defendant. | |
| _____/ | |

      Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the court is plaintiff's ex parte request for a continuance of defendant's motion to compel, currently set for hearing on November 5, 2014. Good cause appearing therefor, the matter is re-set for hearing on November 12, 2014, at 10:00 a.m., before the undersigned in Redding, California. The parties may appear telephonically through CourtCall.

      IT IS SO ORDERED.

DATED: October 29, 2014

                                                        **CRAIG M. KELLISON**
                                                        UNITED STATES MAGISTRATE JUDGE